NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICKY A. GUTIER,**
*Appellant,*

v.

**HUGO BOSS TRADE MARK MANAGEMENT GMBH & CO. KG,**
*Appellee.*

---

2013-1481

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Cancellation Nos. 92052549 and 92052550.

---

**ON MOTION**

---

**O R D E R**

Micky A. Gutier moves for a 45-day extension of time to file the "Informal Brief of Appellant".

Upon consideration thereof,

IT IS ORDERED THAT:

GUTIER v. HUGO BOSS TRADE MARK MGMT                                   2

The motion for an extension of time is granted. Gutier's opening brief (form enclosed) is due within 45 days of the date of filing of this order.


FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s21